**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**DWAIN GAINES**                                                            **PETITIONER**
**ADC # 17563-026**

v.                      Case No. 2:19-cv-100-KGB-BD

**DEWAYNE HENDRIX,**                                      **RESPONDENT**
**Warden, Forrest City Low**

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 4). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 4). Accordingly, the Court dismisses without prejudice Mr. Gaines' petition for writ of habeas corpus (Dkt. No. 2). Mr. Gaines' motion to proceed *in forma pauperis* is denied as moot (Dkt. No. 1).

It is so ordered this 12th day of May, 2020.

                                                                                 _____
                                                                                 Kristine G. Baker
                                                                                 United States District Judge