# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DWAIN GAINES**　　　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC # 17563-026**

v.　　　　　　　　Case No. 2:19-cv-100-KGB-BD

**DEWAYNE HENDRIX,**　　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**
**Warden, Forrest City Low**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Dwain Gaines' petition for writ of habeas corpus is denied and this case is dismissed without prejudice.

It is so adjudged this 12th day of May, 2020.

_____
Kristine G. Baker
United States District Judge